LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELEESA L. CORDOVA, AKA<br>DELEESA CORDOVA,<br><br>Defendant | No. CV A 10-8425<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Deleesa L. Cordova, aka Deleesa Cordova, in the principal amount of $5,065.72 plus interest accrued to November 2, 2010, in the sum of $8,905.83; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $28.86, for a total amount of **$14,000.41**.

DATED: 12/8/2010      By: TERRI NAFISI
                                                     Clerk of the Court

                                                     Deputy Clerk
                                    United States District Court